```
IN THE UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION

KERRY STEEL, INC.,              )
                                )
    Plaintiff,                  )
                                )
    v.                          )  NO. 3:06-0951
                                )
UNARCO MATERIAL HANDLING, INC., )  Judge Nixon/Bryant
                                )  Jury Demand
    Defendant.                  )
```

## O R D E R

The parties have filed a Stipulation Of Dismissal of this case (Docket Entry No. 158). There is nothing remaining to be done by the undersigned Magistrate Judge in this matter. Therefore, the Clerk is directed to return the file to Senior Judge Nixon for his consideration of the stipulation of dismissal.

It is so **ORDERED**.

                                       s/ John S. Bryant
                                       JOHN S. BRYANT
                                       United States Magistrate Judge